UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>RICHARD A. LANG,<br>　　　　Defendant. | Case No. 18-cv-00396-NC<br>**ORDER TO SHOW CAUSE**<br>Re: ECF 1 |

The United States of America filed a petition to enforce an Internal Revenue Service summons. Pet., ECF 1. Good cause having been shown, the Court ORDERS respondent Richard A. Lang to show cause why he should not be compelled to appear and provide the documents described in the summons served on Lang on September 21, 2016. *Id.* ¶ 13, Ex. A. Lang must appear before the Court on May 9, 2018, at 10:00 in Courtroom 7, 280 South 1st Street, San Jose, California.

No later than March 2, 2018, the United States must serve a copy of this order to show cause and a copy of the petition on Lang in accordance with Federal Rule of Civil Procedure 4. Lang may file a written response to the petition by April 6, 2018, supported by appropriate affidavits or declarations in conformance with 28 U.S.C. § 1746, as well as any motion Lang wishes to make. The United States may file a reply to the response no later than April 27, 2018.

**IT IS SO ORDERED.**

Dated: February 16, 2018

_____
NATHANAEL M. COUSINS
United States Magistrate Judge